1  EILEEN M. DECKER
   United States Attorney
2  DOROTHY A. SCHOUTEN
   Assistant United States Attorney
3  Chief, Civil Division
   URMILA R. TAYLOR, CSBN 234655
4  Special Assistant United States Attorney
5        Social Security Administration, Region IX
6        160 Spear Street, Suite 800
         San Francisco, CA  94105
7        Tel.: (415) 977-8958
8        Facsimile:  (415) 744-0134
9        Email:  urmila.taylor@ssa.gov
10 Attorneys for Defendant

11              UNITED STATES DISTRICT COURT
12             CENTRAL DISTRICT OF CALIFORNIA

13

14 DAVID C. VALENZUELA,              )  No. 2:15-CV-08027-SS
                                     )
15                                   )
          Plaintiff,                 )
16                                   )
               v.                    )  [PROPOSED]
17                                   )  JUDGMENT
   CAROLYN W. COLVIN, Acting         )
18 Commissioner of Social Security,  )
                                     )
19                                   )
20        Defendant.                 )
                                     )
21

22        IT IS HEREBY ADJUDGED that the decision of the Commissioner of the
23 Social Security Administration is reversed and the matter is remanded for further
24 administrative proceedings consistent with the Remand Order filed concurrently
   herewith.
25

26

27 DATED:  3/31/16        _____
28                        HON. SUZANNE H. SEGAL
                          UNITED STATES MAGISTRATE JUDGE