IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION – Los Angeles

DAVID VALENZUELA,

    Plaintiff,

  v.                         Civil Action No.: 2:15-CV-8027-SS
                          (Magistrate Judge Suzanne H. Segal)

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

**ORDER AWARDING EQUAL ACCESS TO JUSTICE
ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. §2412(d)**

    Based upon the parties' Joint Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of $7,100.00, as authorized by 28 U.S.C. §2412, and $400.00 to be paid from the Judgment Fund, be awarded subject to the terms of the Stipulation.

Dated: 6/16/16                           /S/
                                    Judge Suzanne H. Segal
                                    United States Magistrate Judge